**In re CUBA GMBH INTERNATIONAL MARKETING CONCEPT (now known as W.O.M. GmbH Innovative Produkte fur Medizin und Technik)**

No. 00–1510.

United States Court of Appeals,
Federal Circuit.

DECIDED: May 8, 2001.

Before LOURIE, BRYSON, and LINN, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

---

construed as also including Finnegan as an appellant.

*AFFIRMED. See* Fed. Cir. R. 36.